IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL KAUFFMAN**, <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF PHILADELPHIA, et al.,** <br><br> Defendants. | CIVIL ACTION <br><br> NO. 25-6806-KSM |

## ORDER

**AND NOW**, this 2nd day of February, 2026, upon consideration of Plaintiff's Amended Complaint (Doc. No. 16), it is **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. No. 10) is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

                                                     */s/ Karen Spencer Marston*
                                                     KAREN SPENCER MARSTON, J.